UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINSTON M. JAMES,

                        Plaintiff,

        -v-

ASURION INSURANCE SERVICES,
INC.,

                        Defendant.

26-CV-3791 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On May 7, 2026, Plaintiff Winston M. James, proceeding *pro se*, filed this action in the Southern District of New York. (ECF No. 1.) However, James has failed to allege proper venue in this District, because all of the alleged events took place in Brooklyn, New York, which is the province of the District Court for the Eastern District of New York. (See *id.*; 28 U.S.C. § 1391(b).)

On May 11, 2026, the Court ordered James to show cause why this case should not be transferred to the District Court for the Eastern District of New York. (ECF No. 5.) On May 19, 2026, James filed a letter with the Court, arguing that venue is proper in this district because Defendant maintains some store locations in Manhattan. (ECF No. 6.) But this fact, standing alone, is insufficient to establish venue under 28 U.S.C. § 1391(b), since James does not allege that he or his supervisors worked in any of those Manhattan stores. *See Graczyk v. Verizon Commc'ns, Inc.*, No. 18-CV-6465, 2020 WL 1435031, at *5 (S.D.N.Y. Mar. 24, 2020).

Accordingly, the Court hereby transfers this case to the Eastern District of New York pursuant to 28 U.S.C. §§ 1404(a) and 1406(a). *See United States ex rel. Donohue v. Carranza*, 585 F. Supp. 3d 383, 388 (S.D.N.Y. 2022) ("The district court may exercise the discretion to transfer a case even if a defendant has not requested transfer."); *SongByrd, Inc. v. Est. of*

1

*Grossman*, 206 F.3d 172, 179 n.9 (2d Cir. 2000) ("[T]he Supreme Court . . . made clear that a district court lacking . . . proper venue could transfer [sua sponte] under section 1406(a).").

The Clerk of Court is directed to remove this case from this Court's docket and transfer it to the United States District Court for the Eastern District of New York.

SO ORDERED.

Dated: May 21, 2026
      New York, New York

                                                    J. PAUL OETKEN
                                     United States District Judge

2